# FLEISCHMANN PLLC
150 Broadway, Suite 900
New York, N.Y. 10038

JEFFREY FLEISCHMANN

Telephone: (646) 657-9623
Facsimile: (646) 351-0694

---

August 11, 2022

**Via ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, New York 10007

*The oral argument scheduled for September 1, 2022 is RESCHEDULED to September 6, 2022 at 4:00 p.m. The argument will take place by telephone. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.*

*8/11/22*

Re:  *EMA Financial, LLC v. Apptech Corp.*
     Docket No.: 21-cv-06049-LJL

SO ORDERED.
/s/ LEWIS J. LIMAN
United States District Judge

Dear Judge Liman:

We represent plaintiff EMA Financial, LLC ("Plaintiff") with respect to the above-referenced matter. The Court previously accommodated Plaintiff's request to adjourn the oral argument to September 1, 2022, upon consent of Defendant's counsel and after I had confirmed with Defendant's counsel that they would be available that day. Yesterday, Defendant's counsel called me and informed me that he had made a mistake, and that he was not available on September 1, 2022.

Accordingly, the Parties respectfully request that the Court reschedule the oral argument currently scheduled for September 1, 2022, to one of the following dates: August 29, 2022, after 2 p.m., August 31, 2022, at any time, or September 2, 2022, at any time prior to 3 p.m.[1]

We apologize for any inconvenience this may have caused and appreciate the Court's efforts to accommodate our respective schedules.

This is the second such request and all parties consent to this request.

We thank the Court for its consideration.

Respectfully Submitted,

By: /s/ Jeffrey Fleischmann
Jeffrey Fleischmann

---

[1] If the Court does not availability in these days, I respectfully request permission to appear via telephone if possible.

1