**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

EMA FINANCIAL, LLC, *a Delaware Limited*
*Liability Company*,

Plaintiff,

-against-

APPTECH, *a Wyoming Corporation*,

Defendant.
------------------------------------------------------------X

21 **CIVIL** 6049 (LJL)

<u>**JUDGMENT**</u>

It is hereby **ORDERED, ADJUDGED AND DECREED,** That pursuant to the Court's Opinion and Order dated December 1, 2022, judgment is entered in the amount of $1,027,870.07, plus prejudgment interest accruing at a rate of 24% per annum on a principal amount of $299,935.34 between June 14, 2021 and the date that final judgment is entered of $106,892.02, plus prejudgment interest accruing at a rate of 5% and the Federal Reserve Discount Rate per annum, to be adjusted as the Federal Reserve Discount Rate adjusts, on a principal amount of $427,999.39 between July 15, 2021 and the date that final judgment is entered of $36,743.45 for a total amount of $1,171,505.54.

**DATED:**  New York, New York
December 8, 2022

**RUBY J. KRAJICK**

Clerk of Court

BY: _____

**Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
12/8/22