**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EMA FINANCIAL, LLC, a Delaware Limited
Liability Company,

                      Plaintiff,                            21 **CIVIL** 6049 (LJL)

        -against-                                     **JUDGMENT**
                                                                           For Attorney's Fees

APPTECH, a Wyoming Corporation,
                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated December 15, 2022, in this Court's previous Opinion and Order dated September 13, 2022, Dkt. No. 40, this Court granted Plaintiff's motion for attorneys' fees pending final resolution of the total damages award. On November 21, 2022, this Court issued an Opinion and Order determining the total damages award to which Plaintiff is entitled. Dkt. No. 47. The Court has determined that the Plaintiff's attorneys' fees, and the time spent as evidenced by the attached invoices, to be reasonable. In addition to the judgments outlined in the conclusion of the November 21, 2022 Opinion and Order, id. at 18, judgment is entered in favor of Plaintiff and against Defendant in the amount of $23,993.70, representing reasonable attorneys' fees related to the prosecution of this case.

**Dated:**  New York, New York
           December 19, 2022

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                      **BY:**      *K. Mango*
                                                                        **Deputy Clerk**